UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LESLIE ROSS VIDAL
AKA: LESLIE VIDAL, LESLIE R. VIDAL
DBA: FDBA LRV CONSULTING     CHAPTER 13

    Debtor(s)

CASE NO: 5-23-01843-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

LESLIE ROSS VIDAL
AKA: LESLIE VIDAL, LESLIE R. VIDAL
DBA: FDBA LRV CONSULTING

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 17, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on August 15, 2023.

2. A hearing was held and an Order was entered on November 2, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/ Agatha R. McHale, Esquire
    Id: 47613
    Attorney for Movant
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Drive
    Hummelstown, PA 17036
    Phone: 717-566-6097
    email: amchale@pamd13trustee.com

IN RE: LESLIE ROSS VIDAL
AKA: LESLIE VIDAL, LESLIE R. VIDAL
DBA: FDBA LRV CONSULTING

          Debtor(s)           CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant           CASE NO: 5-23-01843-MJC

LESLIE ROSS VIDAL
AKA: LESLIE VIDAL, LESLIE R. VIDAL
DBA: FDBA LRV CONSULTING

          Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court           Date: January 4, 2024
Max Rosenn U.S. Courthouse
Courtroom #2           Time: 10:00 AM
197 S. Main Street
Wilkes Barre, PA 18701

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: November 17, 2023           /s/ Agatha R. McHale, Esquire
          Id: 47613
          Attorney for Trustee
          Jack N. Zaharopoulos
          Standing Chapter 13 Trustee
          Suite A, 8125 Adams Dr.
          Hummelstown, PA 17036
          Phone: (717) 566-6097
          email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LESLIE ROSS VIDAL<br>AKA: LESLIE VIDAL, LESLIE R. VIDAL<br>DBA: FDBA LRV CONSULTING<br><br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-23-01843-MJC |
| vs.<br>LESLIE ROSS VIDAL<br>AKA: LESLIE VIDAL, LESLIE R. VIDAL<br>DBA: FDBA LRV CONSULTING<br><br>Respondent(s) | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 17, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA  18360-0511

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by 1st Class Mail
LESLIE ROSS VIDAL
4182 WINCHESTER WAY
BUSHKILL, PA  18324

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 17, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LESLIE ROSS VIDAL
AKA: LESLIE VIDAL, LESLIE R. VIDAL
DBA: FDBA LRV CONSULTING

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-23-01843-MJC

LESLIE ROSS VIDAL
AKA: LESLIE VIDAL, LESLIE R. VIDAL
DBA: FDBA LRV CONSULTING

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.