## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                 :

                                     : **Case No.: 23-01843**

**Leslie Ross Vidal**                 : **Chapter 13**

                                     : **Judge Mark J. Conway**

               **Debtor(s)**   : \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

                                     :

**USB Leasing LT**               : **Date and Time of Hearing**

               **Movant,**   : **Place of Hearing**

    vs                            : **December 19, 2023 at 10:00 a.m.**

                                     :

**Leslie Ross Vidal** *aka* **Leslie R. Vidal**  : **U.S. Courthouse**

*fdba* **LRV Consulting** *aka* **Leslie Vidal**  : **197 South Main Street**

**Jack N Zaharopoulos**          : **Wilkes-Barre, PA, 18701**

               **Respondents.** : 

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT USB LEASING LT TO REPOSSESS THE 2018 DODGE DURANGO WITH THE VEHICLE IDENTIFICATION NUMBER 1C4SDJGJ9JC269759 (DOCUMENT NO. 28)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on November 27, 2023 at Document No. 28 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 11, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                          /s/Alyk L. Oflazian

                                          Alyk L. Oflazian, Esquire (312912)
                                          Adam B. Hall (323867)
                                          Manley Deas Kochalski LLC
                                          P.O. Box 165028
                                          Columbus, OH  43216-5028
                                          Telephone: 614-220-5611

23-025140_JHH

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-025140_JHH

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-01843** |
| **Leslie Ross Vidal** | : | **Chapter 13** |
| | : | **Judge Mark J. Conway** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |
| **USB Leasing LT** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **December 19, 2023 at 10:00 a.m.** |
| | : | |
| **Leslie Ross Vidal aka Leslie R. Vidal** | : | **U.S. Courthouse** |
| **fdba LRV Consulting aka Leslie Vidal** | : | **197 South Main Street** |
| **Jack N Zaharopoulos** | : | **Wilkes-Barre, PA, 18701** |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection

Regarding Motion for Relief from the Automatic Stay to Permit USB Leasing LT To Repossess

the 2018 Dodge Durango with the Vehicle Identification Number 1C4SDJGJ9JC269759

(Document No. 28) was filed electronically. Notice of this filing will be sent to the following

parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Vincent Rubino, Attorney for Leslie Ross Vidal, VRubino@newmanwilliams.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Leslie Ross Vidal, 4182 Winchester Way, Bushkill, PA  18324

/s/Alyk L. Oflazian

23-025140_JHH