IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
LESLIE ROSS VIDAL, :
a/k/a LESLIE R. VIDAL, : CASE NO.: 5:23-bk-01843
a/k/a LESLIE VIDAL, :
f/d/b/a LRV CONSULTING, :
        Debtor :
_____:_____
:
LESLIE ROSS VIDAL, :
a/k/a LESLIE R. VIDAL, :
a/k/a LESLIE VIDAL, :
f/d/b/a LRV CONSULTING, :
:
        Movant :
        vs. :
:
Fay Servicing, LLC as servicer for :
US Bank Trust National Association, Not In :
Its Individual Capacity But Solely As Owner :
Trustee For VRMTG Asset Trust :
:
        Respondent :

## CERTIFICATE OF SERVICE:
## MOTION TO REIMPOSE AUTOMATIC STAY AS TO
## 1247 Winchester Way, Bushkill, PA 18324

The undersigned employee in the office of:

    <u>Newman Williams, P.C.</u>

hereby certifies that a copy of the **Motion to Reimpose Automatic Stay and Notice of Motion, Response Deadline and Hearing Date** was served by being deposited in the United States mail, first class postage prepaid, on the date below, addressed to the parties listed on the Mailing Matrix filed with this Certificate of Mailing, excluding the Office of the US Trustee and the Trustee, who were served through the CM/ECF system.

Dated: **January 12, 2023**  ROBERT J. KIDWELL, ESQ.
**Newman Williams, P.C.**
Attorneys for Debtors
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA  18360
rkidwell@newmanwilliams.com
(570) 421-9090; fax: (570) 424-9739

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:23-bk-01843-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Jan 12 10:40:50 EST 2024 | Fay Servicing, LLC as Servicer for US Bank T<br>Friedman Vartolo<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530-1631 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Housing Finance Agency/Homeowne<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | (p)MCCALLA RAYMER LEIBERT PIERCE LLC<br>ATTN ATTN WENDY REISS<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 |
| APEX ASSET MGT<br>2501 OREGON PIKE STE 102<br>LANCASTER, PA 17601-4890 | BLUE RIDGE COMMUNICATIONS<br>PO BOX 316<br>PALMERTON, PA 18071-0316 | BRYANT STATE BANK<br>124 WEST MAIN AVENUE<br>BRYANT, SD 57221 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | CHRYSLER CAPITAL<br>ATTN BANKRUPTCY DEPT<br>PO BOX 961278<br>FORT WORTH, TX 76161-0278 | CREDIT ONE BANK<br>6801 S CIMARRON ROAD<br>LAS VEGAS, NV 89113-2273 |
| (p)FAY SERVICING LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 | FORTIVA MC/TBOM<br>5 CONCOURSE PKWY STE 400<br>ATLANTA, GA 30328-9114 | IRS<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| KML LAW GROUP<br>STE 5000-BNY INDEPEN CTR<br>701 MARKET STREET<br>PHILADELPHIA, PA 19106-1541 | LENDING CLUB CORP<br>71 STEVENSON STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94105-2967 | LendingClub Bank, NA<br>P.O. BOX 884268<br>Los Angeles, CA 90088-4268 |
| (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | (p)NJ EZPASS<br>ATTN ATTN NJ EZPASS/ JASMINE JENKINS<br>375 MCCARTER HIGHWAY<br>SUITE 200<br>NEWARK NJ 07114-2562 | PA DEPT OF REVENUE<br>BUREAU OF COLLECTIONS<br>PO BOX 281041<br>HARRISBURG, PA 17128-1041 |
| (p)PENNSYLVANIA HOUSING FINANCE AGENCY<br>211 NORTH FRONT STREET<br>HARRISBURG PA 17101-1406 | PROGRESSIVE INSURANCE<br>PO BOX 7247-0311<br>PHILADELPHIA, PA 19170-0311 | Pennsylvania Housing Finance Agency/HEMAP<br>211 North Front Street<br>PO BOX 15206<br>Harrisburg, PA 17105-5206 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | SALLIE MAE<br>PO BOX 3229<br>WILMINGTON, DE 19804-0229 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 |

| | | |
|---|---|---|
| Santander Consumer USA, Inc.<br>d/b/a Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 | TBOM - MILESTONE<br>216 W 2NDS ST TBOM MILESTONE<br>DIXON, MO 65459-8048 | THE BANK OF MISSOURI<br>960 S. BISHOP AVE<br>ROLLA, MO 65401-4415 |
| US Bank Trust National Association et al<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | US Bank Trust National Association, et al.<br>c/o Fay Servicing, LLC<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530-1631 | USB Leasing LT<br>c/o U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, Ohio 45201-5229 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Leslie Ross Vidal<br>4182 Winchester Way<br>Bushkill, PA 18324-6911 |
| Robert J Kidwell III<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 | Vincent Rubino<br>Newman Williams Mishkin Corveleyn et al<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| US Bank Trust National Association, Not In I<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | CAINE & WEINER<br>5805 SEPULVEDA BLVD 4TH FL<br>SHERMAN OAKS, CA 91411 | FAY SERVICING<br>PO BOX 88009<br>CHICAGO, IL 60680-1009 |
| MISSION LANE TAB BANK<br>101 2ND STREET, STE 350<br>SAN FRANCISCO, CA 94105 | New Jersey Turnpike Authority<br>Ramon de la Cruz, NJ Turnpike Authority<br>1 Turnpike Plaza, P.O Box 5042<br>Woodbridge, NJ 07095 | PHFA-HEMAP<br>PO BOX 8029<br>HARRISBURG, PA 17105 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | (d)US Bank Trust National Association, Not In<br>c/o MCCALLA RAYMER LEIBERT PIERCE, LLC<br>Bankruptcy Department<br>1544 Old Alabama Rd<br>Roswell, GA 30076 | (d)US Bank Trust National Association, Not In<br>c/o c/o MCCALLA RAYMER LEIBERT PIERCE, L<br>Bankruptcy Department<br>1544 Old Alabama Rd<br>Roswell, GA 30076 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (u)USB Leasing LT | (d)Pennsylvania Department of Revenue<br>Bankruptcy Division, PO Box 280946<br>Harrisburg PA 17128-0946 |

**End of Label Matrix**
**Mailable recipients**    40
**Bypassed recipients**     3
**Total**                 43