United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 23-01843-MJC

Leslie Ross Vidal                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                       User: AutoDocke                            Page 1 of 2

Date Rcvd: Jan 11, 2024                 Form ID: nthrgreq                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

^                     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^   MEBN | | |
| | | Jan 11 2024 18:39:13 | Fay Servicing, LLC as Servicer for US Bank Trust N, Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | |
| | on behalf of Creditor U.S. Bank National Association amps@manleydeas.com |
| Alyk L Oflazian | |
| | on behalf of Creditor USB Leasing LT amps@manleydeas.com |
| Denise E. Carlon | |
| | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Katie Housman | |

on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP)
khousman@pkh.com

Lauren Marie Moyer

on behalf of Creditor Fay Servicing  LLC as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Michael Patrick Farrington

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com

Robert J Kidwell, III

on behalf of Debtor 1 Leslie Ross Vidal rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Leslie Ross Vidal
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leslie Ross Vidal
aka Leslie R. Vidal, aka Leslie Vidal, fdba LRV Consulting

**Debtor 1**

Chapter: 13

Case number: 5:23−bk−01843−MJC

Document Number: 38

Matter: Motion to Reimpose Automatic Stay

LESLIE ROSS VIDAL,
a/k/a LESLIE R. VIDAL,
a/k/a LESLIE VIDAL,
f/d/b/a LRV CONSULTING
**Movant(s)**

vs.

Fay Servicing, LLC
as servicer for
US Bank Trust National Association, Not In
Its Individual Capacity But Solely As Owner
Trustee For VRMTG Asset Trust
**Respondent(s)**

| Notice |
|---|

Notice is hereby given that:

This Bankruptcy Petition was filed on August 15, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 2/15/24** |
|---|---|
| | **Time: 10:00 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 11, 2024 |

nthrgreq(02/19)