# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LESLIE ROSS VIDAL
a/k/a LESLIE R. VIDAL,
a/k/a LESLIE VIDAL,
f/d/b/a LRV CONSULTING

            **Debtor(s)**

LESLIE ROSS VIDAL

      **Plaintiff(s)/Movant(s)**

      **vs.**

Fay Servicing, LLC as servicer for
US Bank Trust National Association, Not In
Its Individual Capacity But Solely As Owner
Trustee For VRMTG Asset Trust

   **Defendant(s)/Respondent(s)**

CHAPTER     13

CASE NO.  5 - 23 -bk- 1843

ADVERSARY NO. ___-___-ap _____
(if applicable)

Nature of Proceeding:  Hearing

Pleading:  Mtn to Reinstate

Document #:  38, 47

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

    (1)     A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

        ☑ Thirty (30) days.
        ☐ Forty-five (45) days.
        ☐ Sixty (60) days.

    (2)     If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

    (3)     Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:          2/2/2024                    /s/ Robert J. Kidwell

                                        Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.