# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leslie Ross Vidal
aka Leslie R. Vidal, aka Leslie Vidal, fdba LRV Consulting

**Debtor 1**

Chapter: 13

Case number: 5:23–bk–01843–MJC

Document Number: 33

Matter: Debtor's Objection to Claim 12

Leslie Ross Vidal aka Leslie R. Vidal, aka Leslie Vidal, fdba LRV Consulting
**Movant(s)**

vs.

US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 15, 2023.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes–Barre, PA 18701** | Date: 2/29/24 <br> Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 12, 2024 |

nthrgreq(02/19)