# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leslie Ross Vidal | CHAPTER 13 |
| | CASE NO. 5-23-bk-01843 |
| **Debtor(s)** | |
| Leslie Ross Vidal | ADVERSARY NO. __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | Nature of Proceeding: |
| US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | Objection to Proof of Claim #12 |
| **Defendant(s)/Respondent(s)** | Document #: 33 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties are engaged in a settlement dialogue and request additional time to try and reach an agreement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 2-24-2024

/s/ Robert J. Kidwell

Attorney for Debtor/Movant, Leslie Vidal

Name: Robert Kidwell

Phone Number: 570-421-9090

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, a Motion to Continue must be filed.