# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| | CASE NO.: 5:23-bk-01843-MJC |
| | CHAPTER 13 |
| Leslie Ross Vidal aka Leslie R. Vidal fdba LRV Consulting aka Leslie Vidal | Judge: Mark J. Conway |
| Debtor | |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Friedman Vartolo, LLP as Attorneys for secured creditor, U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust in the above-entitled cause.

KML LAW GROUP, P.C.
Withdrawing Attorney for Creditor
U.S. Bank Trust National Association,
Not In Its Individual Capacity But Solely
As Owner Trustee For VRMTG Asset Trust

FRIEDMAN VARTOLO, LLP
Superseding Attorneys for Creditor
U.S. Bank Trust National Association,
Not In Its Individual Capacity But Solely
As Owner Trustee For VRMTG Asset Trust

*[signature: Denise Carlon]*

Denise E. Carlon, Esquire

Dated: June 13, 2024

/s/ Jason Schwartz

Jason Schwartz, Esquire